# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: Barbara Gonzalez_____ JOINT DEBTOR:_____ CASE NO.:_____
Last Four Digits of SS# 1981_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:.

A. $ 111.11 for months 1 to 36; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3,650 + 775 TOTAL PAID $ 2,000 Balance Due $ 2,425
                         payable $ 97.00 month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____      Arrearage on Petition Date  $
Address:_____       Arrears Payment     $_____/month (Months _____ to _____)
_____       Regular Payment     $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Popular Mortgage | 4262 NW 3 Street, Miami, FL 33126 $230,308.00 | 0% | $0.00 | N/A | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____      Total Due $_____
                               Payable    $_____/month (Months____to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 3.00/month (Months 1 to 25) and Pay $ 100.00/month (Months 26 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Chase and will continue to pay directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

____/s/ Robert Sanchez, Esq._____          _____
Attorney for the Debtor                          Joint Debtor
Date:_____                         Date:_____

LF-31 (rev. 01/08/10)