UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:   Barbara A. Gonzalez                               Case No: 14-14066-RAM
                                                          Chapter 13

_____Debtor_____/


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine

Secured Status of Lien on Real Property [22] and Notice of Hearing [23] were sent to all interested parties

on April 25, 2014 as follows:


Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Barbara A Gonzalez
4262 NW 3rd Street
Miami, FL 33126-5423

JP Morgan Chase Bank                        JP Morgan Chase Bank
c/o James L. Dimon, CEO                     c/o James L. Dimon, CEO
9200 Oakdale Avenue                         270 Park Avenue
Chatsworth, CA 91311                        New York, NY 10017

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324


Via Certified Mail:

Popular Bank
Richard Carrión, Chairman & CEO
209 Munoz Rivera
San Juan, PR, 00918 United States

Banco Popular North America

Richard Carrión, Chairman & CEO
7 West 51st Street
New York, NY 10019

Banco Popular North America, Inc.
Richard Carrión, Chairman & CEO
9600 Bryn Mawr Ave #100
Rosemont, IL, 60018 United States

Popular Mortgage
121 Woodcrest Road
Cherry Hill, NJ 08003-3620

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
 Robert Sanchez, Esq., FBN#0442161